# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1143**                      **September Term, 2024**

EPA-90FR16779

Filed On: June 13, 2025 [2120696]

Air Alliance Houston, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

      Respondents

## O R D E R

The petition for review in this case was filed and docketed on June 12, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 14, 2025 |
| Docketing Statement Form | July 14, 2025 |
| Procedural Motions, if any | July 14, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 14, 2025 |
| Statement of Issues to be Raised | July 14, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | July 14, 2025 |
| Dispositive Motions, if any | July 28, 2025 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1143**  September Term, 2024

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | July 14, 2025 |
| Procedural Motions, if any | July 14, 2025 |
| Certified Index to the Record | July 28, 2025 |
| Dispositive Motions, if any | July 28, 2025 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)