# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1143** | **September Term, 2024** |
| | EPA-90FR16779 |
| | Filed On: June 13, 2025 [2120702] |

Air Alliance Houston, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

      Respondents

**N O T I C E**

    This case was docketed on June 12, 2025. The Environmental Protection Agency is hereby notified that the attached is a true copy of the petition for review, which was filed on June 12, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                            BY:    /s/
                                    Elbert B.J. Lestrade
                                    Deputy Clerk

Attachment:
    Certified Copy of Petition for Review