# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Air Alliance Houston, et al.,

v.

U.S. Environmental Protection Agency, et al.

**Case No:** 25-1143

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☉ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☉ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

Lee Zeldin, Administrator, EPA

### Counsel Information

Lead Counsel: Albert Lin

Direct Phone: ( 202 ) 514-2741   Fax: (____) ____-____   Email: albert.lin@usdoj.gov

2nd Counsel:

Direct Phone: (____) ____-____   Fax: (____) ____-____   Email:

3rd Counsel:

Direct Phone: (____) ____-____   Fax: (____) ____-____   Email:

Firm Name: U.S. Department of Justice

Firm Address: 150 M St. NE, Washington, DC 20002

Firm Phone: (____) ____-____   Fax: (____) ____-____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)