ANNEX 1

1. Rausch Creek Generation LLC
   i. <u>Affected Facility/Source:</u> Rausch Creek Generation Fluidized Bed Boiler(031)

2. San Miguel Electric Cooperative
   i. <u>Affected Facility/Source</u>: San Miguel Cooperative, Inc. in Christine, TX

3. City Utilities of Springfield
   i. <u>Affected Facility/Source</u>: John Twitty Energy Center

4. Olympus Power LLC
   i. <u>Affected Facility/Source</u>: Northampton Generating Station Generating Unit 1

5. Associated Electric Cooperative
   i. <u>Affected Facility/Source</u>:
      a. New Madrid Power Plant Unit 1 and Unit 2 Coal Fired Cyclone Boilers;
      b. Thomas Hill Energy Center Unit 1 and Unit 2 Coal Fired Cyclone Boilers and Unit 3 Pulverized Coal Fired Tangential Boiler

6. Panther Creek Power
   i. <u>Affected Facility/Sources</u>: Panther Creek Pyropower Unit (031) and Pyropower Unit 2 (032)

7. Scrubgrass Reclamation Company LP
   i. <u>Affected Facility/Source</u>: Scrubgrass Generating Plant/Venango Number 2 CFB Boiler (031), Number 2 CFB Boiler (032)

8. Olympus Power LLC
   i. <u>Affected Facility/Source</u>: Walleye Power, LLC Bay Shore Unit 1

9. Western Farmers Electric Cooperative
   i. <u>Affected Facility/Source</u>: Hugo Generating Station HU-UNIT 1

1

10.      Seward Generation
         a. <u>Affected Facility/Source</u>: Seward Generation
            Station

11.      Ebensburg Power Company (EPC)
         a. <u>Affected Facility/Source</u>: EPC Generating Station

12.      Colver Green Energy Generation LLC
         a. <u>Affected Facility/Source</u>: Colver Green Facility

13.      Talen Montana, LLC and NorthWestern Energy
         a. <u>Affected Facility/Source</u>: Colstrip Steam Electric
            Station Units 3 and 4

14.      Sunflower Electric Power Corporation
         a. <u>Affected Facility/Source</u>: Holcomb Station

15.      East Kentucky Power Cooperative
         a. <u>Affected Facility/Source</u>: Spurlock Station and
            Cooper Station

16.      Schuylkill Energy Resources
         a. <u>Affected Facility/Source</u>: St. Nicholas
            Cogeneration Project

17.      Ri-Corp Development Inc, Gilberton Power Company
         a. <u>Affected Facility/Source:</u> John B. Rich Memorial
            Power Station CFB Boiler 1 (CU031) and CFB Boiler
            2 (CU032)

18.      Dominion Energy
         a. <u>Affected Facility/Source</u>: Mount Storm Power
            Station

19.      Basin Electric
         a. <u>Affected Facility/Source</u>:
              a. Leland Olds Station Units 1 and 2;
              b. Laramie River Station Units 1, 2, and 3;
              c. Antelope Valley Station Units 1 and 2;

d. Dry Fork Station Unit 1

20.     Tennessee Valley Authority
        a. <u>Affected Facility/Source</u>:
                a. Cumberland Fossil Plant;
                b. Gallatin Fossil Plant;
                c. Shawnee Fossil Plant;
                d. Kingston Fossil Plant

21.     American Bituminous Power Partners
        a. <u>Affected Facility/Source</u>: Grant Town Power Plant
           Boiler #1A and Boiler #1B

22.     Minnkota Power Cooperative, Inc.
        a. <u>Affected Facility/Sources</u>: Milton R. Young
           Station Unit 1 and Unit 2

23.     Big Rivers Electric Corporation
        a. <u>Affected Facility/Source</u>: D.B. Wilson Station

24.     Monongahela Power Company "MonPower"
        a. <u>Affected Facility/Source</u>: Harrison Power Station
           and Fort Martin Power Station

25.     Choctaw Generation Limited Partnership, LLLP
        a. <u>Affected Facility/Source</u>: Red Hills Generating
           Facility

26.     Rainbow Energy Center
        a. <u>Affected Facility/Source</u>: Coal Creek Station

27.     Cleco Power LLC
        a. <u>Affected Facility/Source</u>: Brame Energy Center
           Unit 2

28.     Golden Valley Electric Association
        a. <u>Affected Facility/Source</u>: Healy Power Plant Unit
           1 and Unit 2

29.     Keystone-Conemaugh Projects, LLC
        a. <u>Affected Facility/Source</u>:

      a. Conemaugh Station Unit 1 and Unit 2
      b. Keystone Station Unit 1 and Unit 2

30.     Hallador Power Company
      a. <u>Affected Facility/Source</u>: Merom Generating Station

31.     Arizona Electric Power Cooperative
      a. <u>Affected Facility/Source</u>: Apache Generating Station

32.     Dynegy Midwest Generation
      a. <u>Affected Facility/Source</u>: Baldwin Power Plant Unit 1 and Unit 2

33.     Miami Fort Power Company
      a. <u>Affected Facility/Source</u>: Miami Fort Power Plant Unit 1 (B015) and Unit 2 (B016)

34.     Coleto Creek Power
      a. <u>Affected Facility/Source</u>: Coleto Creek Power Station

35.     Kincaid Generation
      a. <u>Affected Facility/Source</u>: Kincaid Power Plant Unit 1 and Unit 2

36.     Luminant Generation Company
      a. <u>Affected Facility/Source</u>: Martin Lake Steam Electric Station Unit 1, Unit 2, and Unit 3

37.     Illinois Power Generating Company
      a. <u>Affected Facility/Source</u>: Newton Power Station Unit 1

38.     Oak Grove Management Company
      a. <u>Affected Facility/Source</u>: Oak Grove Steam Electric Station

39.     Otter Tail Power Company
        a. <u>Affected Facility/Sources</u>: Big Stone Plant and
           Coyote Station

40.     NRG Energy
        a. <u>Affected Facility/Source</u>:
              a. W.A Parish Generating Station;
              b. Plum Point Generation Station;
              c. Powerton Electric Generating Station;
              d. Limestone Generating Station

41.     GSP Merrimack LLC
        a. <u>Affected Facility/Source</u>: Merrimack Station in
           Bow, New Hampshire

42.     Entergy Louisiana
        a. <u>Affected Facility/Source</u>: RS Nelson Plant Unit 6

43.     Ameren Missouri
        a. <u>Affected Facility/Source</u>: Labadie Energy Center
           and Sioux Energy Center

44.     Southern Company
        a. <u>Affected Facility/Source</u>:
              a. Barry Steam Electric Generating Facility
                 Unit 5;
              b. Miller Steam Electric Generating Facility
                 Unit 1, Unit 2, Unit 3, and Unit 4;
              c. Bowen Steam Generator Unit 1, Unit 2, Unit
                 3, and Unit 4;
              d. Scherer Steam Generator Unit 1, Unit 2, and
                 Unit 3;
              e. Plant Daniel Electric Generating Unit 1 and
                 Unit 2

45.     Mount Carmel Cogen Inc.
        a. <u>Affected Facility/Source</u>: Mount Carmel Cogen
           Power Plant

46.     Oklahoma Gas and Electric
      a.  <u>Affected Facility/Source</u>:
          a. Sooner Unit 1;
          b. Sooner Unit 2;
          c. Muskogee Unit 6;
          d. River Valley Common Stack CS 1

47.     Entergy Arkansas LLC
      a.  <u>Affected Facility/Source:</u> White Bluff Steam
          Electric Station Unit 1