IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| AIR ALLIANCE HOUSTON, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Case No. 25-1143 |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY and LEE ) | |
| ZELDIN, Administrator, U.S. ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Respondents. ) | |

**STATEMENT ON DEFERRED APPENDIX APPEAL**

Petitioners consulted with counsel for Respondents concerning the Agency's administrative record here, but Respondents have not confirmed the scope of the administrative record. In the absence of such information, Petitioners state that they intend to use a deferred appendix consistent with Fed. R. App. P. 30(c). Counsel for Respondents states that they consent. With the Court's permission, the parties might wish to reassess Petitioners' intent to use a deferred appendix in the future.

DATED:  July 14, 2025                           Respectfully submitted,

                                                /s/ *Chloe H. Kolman*

Sean H. Donahue
Chloe H. Kolman
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (202) 277-7085
sean@donahuegoldberg.com
chloe@donahuegoldberg.com

Surbhi Sarang
Richard Yates
Tomás Carbonell
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
Tel: (303) 440-4901
ssarang@edf.org
ryates@edf.org
tcarbonell@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Nicholas Morales
James Pew
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
Tel: (202) 667-4500
nmorales@earthjustice.org
jpew@earthjustice.org

*Counsel for Petitioners Air Alliance Houston, Clean Air Council, Downwinders at Risk, Montana Environmental Information Center, and Sierra Club*

Patton Dycus
Environmental Integrity Project

888 17th St. NW, Suite 810
Washington, DC 20006
(202) 296-8800
pdycus@environmentalintegrity.org

*Counsel for Petitioner Environmental Integrity Project*

Sarah Buckley (D.C. Cir. Bar No. 56677)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 836-9555
sbuckley@nrdc.org

Katherine Desormeau (D.C. Cir. Bar No. 53097)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
(415) 875-6100
kdesormeau@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

Brian H. Lynk (D.C. Bar No. 459525)
Environmental Law & Policy Center
740 15th Street, NW, Suite 700
Washington, DC 20005
(240) 461-4241
blynk@elpc.org

*Counsel for Petitioners Environmental Law & Policy Center and Dakota Resource Council*

Shaun A. Goho
Hayden Hashimoto
Clean Air Task Force

114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us

*Counsel for Petitioner Citizens for Pennsylvania's Future*

Ryan Maher
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Statement on Deferred Appendix Appeal has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit this 14th day of July, 2025, using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Chloe H. Kolman*
Chloe H. Kolman