ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIR ALLIANCE HOUSTON, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Respondents*, | Case No. 25-1143 |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27(g), Respondents United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, U.S. EPA, respectfully move this Court to extend the July 28, 2025 dispositive motion deadline by 60 days to September 26, 2025. Petitioners do not oppose this motion.

1.   On April 8, 2025, President Donald J. Trump issued Presidential Proclamation 10914, 90 Fed. Reg. 16777 (Apr. 21, 2025). Presidential Proclamation 10914 referenced and attached "Annex 1," a list of stationary sources that would be exempted from compliance with standards contained in National Emissions Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric

Utility Steam Generating Units Review of the Residual Risk and Technology Review, 89 Fed. Reg. 38508 (May 7, 2024). *See id.* at 16777, 16779-84.

2. On June 12, 2025, Petitioners initiated this proceeding to seek review of Annex 1. ECF No. 2120694.

3. On the same day, Petitioners also filed a complaint challenging Presidential Proclamation 10914. Compl., *Air Alliance Houston v. Trump*, No. 25-cv-01852 (D.D.C. *filed* June 12, 2025). The Parties in both proceedings are identical except Petitioners included President Donald J. Trump, in his official capacity, as a defendant in the district court proceedings. *Id.*

4. The following day, this Court ordered that any dispositive motions be filed on July 28, 2025. ECF No. 2120696.

5. Respondents respectfully move the Court to extend Petitioners' and Respondents' July 28, 2025 deadlines to file dispositive motions by 60 days to September 22, 2025. Good cause exists for this request.

6. Petitioners served their district court complaint on Respondents on June 17, 2025. Return of Service Affidavit, *Air Alliance Houston v. Trump*, No. 1:25-cv-01852 (D.D.C. filed June 23, 2025). Accordingly, Respondents' deadline to file a responsive pleading in the district court is August 16, 2025. Fed. R. Civ. P. 12(a)(2).

7. Given the overlap in Petitioners' challenges in the two cases,

2

Respondents need time to consider next steps. A modest extension of the dispositive-motion deadlines would give Respondents time to do so. Petitioners do not oppose this request, which would also extend their dispositive-motion deadline.

For good cause, Respondents thus respectfully request that the Court grant this motion and extend the Parties' dispositive motions deadline to September 22, 2025.

DATED: July 17, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Albert Lin*
ALBERT LIN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

OF COUNSEL:
HOWARD HOFFMAN
Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE UNDER FED. R. APP. P. 27

I hereby certify on July 17, 2025, that this document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 377 words, excluding those parts exempted by Rule 32(f).

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5)(A) and the typeface style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word Times New Roman 14-point font.

*/s/ Albert Lin*
ALBERT LIN
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Albert Lin*
ALBERT LIN
*Counsel for Respondents*