# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1143**                              **September Term, 2024**

**EPA-90FR16779**

**Filed On: July 18, 2025** [2126164]

Air Alliance Houston, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, United States
Environmental Protection Agency,

       Respondents

## <u>O R D E R</u>

Upon consideration of respondents' unopposed motion to extend the deadline for dispositive motions, it is

**ORDERED** that the motion be granted.  Any dispositive motions are now due September 26, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Catherine J. Lavender
Deputy Clerk