ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIR ALLIANCE HOUSTON, ET AL.,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 25-1143 |

## NOTICE OF FILING CERTIFIED INDEX

In accordance with Federal Rule of Appellate Procedure 17(b)(1)(B) and the June 13, 2025, Order, ECF No. 2120696, Respondents the United States Environmental Protection Agency and its Administrator, Lee Zeldin, give notice of the filing of the Certified Index in the above-captioned petition for review.

Respectfully submitted,

DATED:   July 28, 2025

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

OF COUNSEL:

HOWARD J. HOFFMAN
Office of General Counsel
U.S. Environmental Protection Agency

/s/ *Zoe B. Palenik*
ZOE B. PALENIK
LAURA J. BROWN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

zoe.palenik@usdoj.gov
(202) 353-5625

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed the foregoing Notice of Filing Certified Index with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will serve all counsel of record registered to use the CM/ECF system.

/s/ *Zoe B. Palenik*
ZOE B. PALENIK

ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AIR ALLIANCE HOUSTON, ET AL.,

    *Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

    *Respondents*.

Case No. 25-1143

## CERTIFIED INDEX

I, Kevin P. Culligan, am the Senior Policy Director, Office of Office of Air Quality Planning and Standards within the Office of Air and Radiation of the U.S. Environmental Protection Agency (EPA).

I certify that to the best of my knowledge and belief, the attached index lists the documents constituting the record for "Annex I Stationary Sources List," https://www.epa.gov/system/files/documents/2025-04/regulatory-relief-for-certain-stationary-annex-1.pdf. The Annex, part of Presidential Proclamation 10914, April 8, 2025, was published alongside the Proclamation in the Federal Register. *See* "Regulatory Relief for Certain Stationary Sources To Promote American Energy," 90 Fed. Reg. 16779 (Apr. 21, 2025). By submitting this certified index as required by the Court's June 13, 2025, Order, ECF No. 2120696, EPA does not concede

1

that either the Annex or Presidential Proclamation 10914 is an action of the EPA Administrator.

In witness thereof, I have signed my name this 25 day of July 2025 at Washington, D.C.

                                                         Kevin P. Culligan
                                                         Senior Policy Advisor
                                                         Office of Air Quality Planning and Standards
                                                         United States Environmental Protection Agency

| Certified Index for "Annex I Stationary Sources List" |
|---|
| "Annex I Stationary Sources List," available at https://www.epa.gov/system/files/documents/2025-04/regulatory-relief-for-certain-stationary-annex-1.pdf |
| Presidential Proclamation 10914, titled "Regulatory Relief for Certain Stationary Sources To Promote American Energy," published in the Federal Register on April 21, 2025, 90 Fed. Reg. 16779 |