# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
AIR ALLIANCE HOUSTON, et al.,      )
                                    )
    Petitioners,                   )
                                    )
    v.                             )  Case No. 25-1143
                                    )
UNITED STATES ENVIRONMENTAL        )
PROTECTION AGENCY and LEE          )
ZELDIN, Administrator, U.S.        )
Environmental Protection Agency,   )
                                    )
    Respondents.                   )
_____)

## PETITIONERS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's June 13, 2025 Order, Petitioners submit this Certificate as to Parties, Rulings, and Related Cases.[1]

**(1) Parties and *Amici***

**Petitioners.** Air Alliance Houston, Center for Biological Diversity, Citizens for Pennsylvania's Future, Clean Air Council, Dakota Resource Council, Downwinders at Risk, Environmental Defense Fund, Environmental Integrity Project, Environmental Law & Policy Center, Montana Environmental Information Center, Natural Resources Defense Council, Inc., and Sierra Club.

---

[1] This Certificate was inadvertently excluded from Petitioners' initial filings, which were otherwise filed on July 14, 2025, as ordered.

**Respondents.** U.S. Environmental Protection Agency, and Lee M. Zeldin, Administrator.

**Intervenors.** None at present.

*Amici.* None at present.

### (2) Rulings Under Review

Petitioners seek review of a final action taken by EPA entitled "Annex I Stationary Sources List," which was published by EPA on April 14, 2025, at https://www.epa.gov/system/files/documents/2025-04/regulatory-relief-for-certain-stationary-annex-1.pdf and subsequently published alongside Presidential Proclamation 10914 in the Federal Register. 90 Fed. Reg. 16779 (Apr. 21, 2025).

### (3) Related Cases

The same group of parties has brought suit against President Donald Trump, the U.S. Environmental Protection Agency, and Lee M. Zeldin, Administrator, concerning the entirety of Presidential Proclamation 10914 in the United States District Court for the District of Columbia. *Air Alliance Houston v. Trump*, No. 1:25-cv-01852 (D.D.C. June 12, 2025).

DATED:  August 4, 2025

Respectfully submitted,

/s/ *Chloe H. Kolman*
Sean H. Donahue
Chloe H. Kolman
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE

Washington, DC 20003
Tel: (202) 277-7085
sean@donahuegoldberg.com
chloe@donahuegoldberg.com

Surbhi Sarang
Richard Yates
Tomás Carbonell
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
Tel: (303) 440-4901
ssarang@edf.org
ryates@edf.org
tcarbonell@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Nicholas Morales
James Pew
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
Tel: (202) 667-4500
nmorales@earthjustice.org
jpew@earthjustice.org

*Counsel for Petitioners Air Alliance Houston, Clean Air Council, Downwinders at Risk, Montana Environmental Information Center, and Sierra Club*

Patton Dycus
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
(202) 296-8800
pdycus@environmentalintegrity.org

*Counsel for Petitioner Environmental Integrity Project*

Sarah Buckley (D.C. Cir. Bar No. 56677)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 836-9555
sbuckley@nrdc.org

Katherine Desormeau (D.C. Cir. Bar No. 53097)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
(415) 875-6100
kdesormeau@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

Brian H. Lynk (D.C. Bar No. 459525)
Environmental Law & Policy Center
740 15th Street, NW, Suite 700
Washington, DC 20005
(240) 461-4241
blynk@elpc.org

*Counsel for Petitioners Environmental Law & Policy Center and Dakota Resource Council*

Shaun A. Goho
Hayden Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us

*Counsel for Petitioner Citizens for Pennsylvania's Future*

Ryan Maher
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, the foregoing CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Respectfully submitted,

/s/ *Chloe H. Kolman*
Chloe H. Kolman