ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIR ALLIANCE HOUSTON, ET AL.,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 25-1143 |

### D.C. CIRCUIT RULE 27(a)(4) ADDENDUM

All parties, intervenors, and amici appearing in this court are listed in Petitioners' Certificate as to Parties, Rulings, and Related Cases, ECF No. 2128519.

DATED:   August 5, 2025

/s/ *Laura J. Brown*
LAURA J. BROWN
Senior Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-5314
laura.j.s.brown@usdoj.gov

*Counsel For Respondents*