**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| AIR ALLIANCE HOUSTON, et al., | ) |
| Petitioners, | ) |
| v. | ) Case No. 25-1143 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, | ) |
| Respondents. | ) |

**PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27(g), Petitioners respectfully move this Court to extend their August 15, 2025, deadline to respond to Respondents' Motion for Six-Month Abeyance, ECF No. 2128844 ("Motion"), by four days to August 19, 2025. Respondents consent to this motion.

On June 12, 2025, Petitioners sought review of final action of the U.S. Environmental Protection Agency ("EPA") entitled "Annex I Stationary Sources List," which promulgated a list of electric generating units to which Presidential Proclamation 10914, titled "Regulatory Relief for Certain Stationary Sources To

Promote American Energy," would apply. On the same day, Petitioners filed a complaint in district court challenging Presidential Proclamation 10914. Compl., Air Alliance Houston v. Trump, No. 25-cv-01852-PLF (D.D.C. *filed* June 12, 2025).

On August 5, 2025, Respondents filed their Motion, requesting that the Court hold this proceeding in abeyance for six months. On the same day, Respondents filed a similar motion requesting a six-month abeyance in the district court case. Because the two cases and abeyance requests concern overlapping questions about the proper process for resolving the parties disputes about Annex I and the related Presidential Proclamation 10914, the parties agree that the two abeyance motions should be briefed on the same schedule. Accordingly, Petitioners propose that the deadline for their response to the Motion be extended by four days to August 19, 2025, to keep it aligned with the response deadline in the district court case. *Compare* Fed. R. App. P. 27(a)(3)(A) (providing 10 days for responses) *with* D.D.C. LCvR 7(b) (providing 14 days for responses).

Respondents consent to this modest request, which will not prejudice any party or cause material delay.

Accordingly, Petitioners respectfully request that the Court extend the deadline for Petitioners' response to EPA's Motion to August 19, 2025.

DATED:  August 5, 2025          Respectfully submitted,

/s/ *Chloe H. Kolman*
Sean H. Donahue
Chloe H. Kolman
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (202) 277-7085
sean@donahuegoldberg.com
chloe@donahuegoldberg.com

Surbhi Sarang
Richard Yates
Tomás Carbonell
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
Tel: (303) 440-4901
ssarang@edf.org
ryates@edf.org
tcarbonell@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Nicholas Morales
James Pew
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
Tel: (202) 667-4500
nmorales@earthjustice.org
jpew@earthjustice.org

*Counsel for Petitioners Air Alliance Houston, Clean Air Council, Downwinders at Risk, Montana Environmental Information Center, and Sierra Club*

Patton Dycus  
Environmental Integrity Project  
888 17th St. NW, Suite 810  
Washington, DC 20006  
(202) 296-8800  
pdycus@environmentalintegrity.org  

*Counsel for Petitioner Environmental Integrity Project*

Sarah Buckley (D.C. Cir. Bar No. 56677)  
Natural Resources Defense Council  
1152 15th Street NW, Suite 300  
Washington, DC 20005  
(202) 836-9555  
sbuckley@nrdc.org  

Katherine Desormeau (D.C. Cir. Bar No. 53097)  
Natural Resources Defense Council  
111 Sutter Street, 21st Floor  
San Francisco, California 94104  
(415) 875-6100  
kdesormeau@nrdc.org  

*Counsel for Petitioner Natural Resources Defense Council*

Brian H. Lynk (D.C. Bar No. 459525)  
Environmental Law & Policy Center  
740 15th Street, NW, Suite 700  
Washington, DC 20005  
(240) 461-4241  
blynk@elpc.org  

*Counsel for Petitioners Environmental Law & Policy Center and Dakota Resource Council*

Shaun A. Goho

Hayden Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us

*Counsel for Petitioner Citizens for Pennsylvania's Future*

Ryan Maher
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

## CERTIFICATE OF COMPLIANCE

I hereby certify on this 5th day of August, 2025, that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 297 words, excluding parts of the document exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) & (6) because this document has been prepared in 14-point Time New Roman font, a proportionally spaced typeface, using Microsoft Word.

/s/ *Chloe H. Kolman*
Chloe H. Kolman

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of August, 2025, that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit this 5th day of August, 2025, using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Chloe H. Kolman*
Chloe H. Kolman