# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1143**                                         September Term, 2024

EPA-90FR16779

Filed On: August 7, 2025 [2129187]

Air Alliance Houston, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

       Respondents

## O R D E R

Upon consideration of petitioners' unopposed motion for extension of time to file a response to the motion to hold case in abeyance, it is

**ORDERED** that the motion for extension of time be granted. Petitioners' response is now due August 19, 2025.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

        BY:    /s/
                    Catherine J. Lavender
                    Deputy Clerk