# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1143**                                    **September Term, 2025**

**EPA-90FR16779**

**Filed On:** October 16, 2025

Air Alliance Houston, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, United States
Environmental Protection Agency,

       Respondents

------------------------------

Talen Montana, LLC,
           Intervenor

**BEFORE:**     Katsas, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to hold in abeyance, the opposition thereto, the reply, and the Rule 28(j) letter, it is

**ORDERED** that the motion to hold in abeyance be granted and that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by April 15, 2026, or within 30 days of final action by the Environmental Protection Agency on the proposed repeal, whichever is earlier.

**Per Curiam**