# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1143**

**September Term, 2025**

**EPA-90FR16779**

**Filed On: April 1, 2026** [2166612]

Air Alliance Houston, et al.,

        Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, United States
Environmental Protection Agency,

        Respondents

------------------------------

Talen Montana, LLC,
        Intervenor

## O R D E R

Upon consideration of the consent motion to extend abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case by May 15, 2026.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
      Katy M. Bartelma
      Deputy Clerk